IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION OF MISSOURI

| | |
|---|---|
| **CARLOS AGUILAR** ) | |
| d/b/a **CARLOS AGUILAR TRUCKING** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs ) | Case No: 4:23-cv-140 HEA |
| ) | |
| **CRAWFORD OIL COMPANY, INC.** ) | |
| d/b/a **DOUBLE NICKEL TRAVEL** ) | |
| **STOP** and/or **J.T. ENERGY** ) | |
| **GROUP, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## DEFAULT JUDGMENT AND ORDER

The Court hereby enters Judgment in Plaintiff's favor and against the Defendant, J.T. Energy Group, LLC. The Court finds that the clerk entered a default against the Defendant on March 20, 2023. That Defendant has never entered an appearance, answered the Complaint, and/or filed a motion to set aside the default. On June 21, 2023, Plaintiff appeared to prove up his damages. After considering all available evidence and testimony, the Court enters Judgment in the amount of $744,500.30 for compensatory and punitive damages against J.T. Energy Group, LLC. Plaintiff is also entitled to costs.

Dated this 1st day of April, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE